AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California ▼

| | |
|---|---|
| Terence Cooke <br><br> *Plaintiff(s)* <br> v. <br> Aecom Long Term Disability Plan and Cigna <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 3:21-cv-06179 SK |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Life Insurance Company of North America
C/o C T Corporation System
1601 CHESTNUT ST.
PHILADELPHIA, PA 19192

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Nina Wasow
Feinberg, Jackson, Worthman and Wasow LLP
2030 Addison Street, Suite 500
Berkeley, CA 94704

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:   09/16/2021                                             _____
                                                               *Signature of Clerk or Deputy Clerk*