Nina Wasow (SBN 242047)
FEINBERG, JACKSON,
WORTHMAN & WASOW LLP
2030 Addison Street, Suite 500
Berkeley, California 94704
Tel. (510) 269-7998
Fax (510) 269-7994
nina@feinbergjackson.com

Attorneys for Plaintiff,
TERENCE COOKE

Nicole Y. Blohm (Bar No. 177284)
nblohm@mmhllp.com
Tatiana Semerjian Nunneri (Bar No. 300493)
tnunneri@mmhllp.com
MESERVE, MUMPER & HUGHES LLP
1000 Wilshire Boulevard, Suite 1860
Los Angeles, California 90017-2457
Telephone:  (213) 620-0300
Facsimile:  (213) 625-1930

Attorneys for Defendant
LIFE INSURANCE COMPANY OF NORTH AMERICA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERENCE COOKE, <br><br> Plaintiff, <br><br> vs. <br><br> LIFE INSURANCE COMPANY OF NORTH AMERICA and AECOM LONG TERM DISABILITY PLAN, <br><br> Defendants. | Case No. 3:21-cv-06719-WHO <br><br> **JOINT STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE; ORDER** <br><br> Judge:   Hon. William H. Orrick <br><br> FAC Filed:    September 17, 2021 |

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

178639.1

1

Case No.  3:21-cv-06719-WHO
JOINT STIPULATION TO DISMISS ENTIRE
ACTION WITH PREJUDICE; [PROPOSED]
ORDER

1      IT IS HEREBY STIPULATED, by and between Plaintiff TERENCE COOKE and Defendant LIFE INSURANCE COMPANY OF NORTH AMERICA, by and through their respective attorneys of record, that this action shall be dismissed in its entirety with prejudice as to all defendants pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. Each party shall bear its own attorneys' fees and costs.

The parties further stipulate all dates be vacated and taken off the Court's calendar.

The parties seek the Court's approval of the dismissal of the action with prejudice.

**IT IS SO STIPULATED.**

Dated:  April 8, 2022

Nina Wasow
FEINBERG, JACKSON, WORTHMAN & WASOW, LLP

By:    */s/ Nina Wasow*
Nina Wasow
Attorney for Plaintiff
TERENCE COOKE

Dated:  April 8, 2022

Nicole Y. Blohm
Tatiana Semerjian Nunneri
MESERVE, MUMPER & HUGHES LLP

By:    */s/ Tatiana Semerjian Nunneri*
Tatiana Semerjian Nunneri
Attorneys for Defendant
LIFE INSURANCE COMPANY OF
NORTH AMERICA

**Filer's Attestation - Local Rule 5-1.(i)(3)**

The filing attorney attests that she has obtained concurrence regarding the filing of this document and its content from the signatories to this document.

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

178639.1

2

Case No.  3:21-cv-06719-WHO
JOINT STIPULATION TO DISMISS ENTIRE
ACTION WITH PREJUDICE; [PROPOSED]
ORDER

## **ORDER**

Based upon the Stipulation of the parties and for good cause shown, IT IS HEREBY ORDERED that this action, Case 3:21-cv-06719-WHO, is dismissed in its entirety as to all defendants with prejudice. All dates set in this matter are vacated and taken off the Court's calendar.

IT IS HEREBY FURTHER ORDERED that each party shall bear its own attorneys' fees and costs in this matter.

**IT IS SO ORDERED.**

Dated: April 11, 2022

_____
Hon. William H. Orrick
United States District Judge

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

178639.1

3

Case No. 3:21-cv-06719-WHO
JOINT STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE; [PROPOSED] ORDER